January 5, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE ESTATE OF ESTANISLADA RODRIGUEZ

NO. 14-16-00507-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 16, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Terry Garcia.

We further order this decision certified below for observance.